AO 442 (Rev. 11/11) Arrest Warrant

**RECEIVED**
By USMS D/CO at 2:32 pm, Mar 19, 2026

**DOA: 4/2/2026**

# UNITED STATES DISTRICT COURT

for the

District of Colorado

**26-6018 MJ**

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.    1:21-cr-00034-WJM-1 |
| Michael Shawn Stewart | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                     Michael Shawn Stewart                                    ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment          ❏ Superseding Indictment          ❏ Information          ❏ Superseding Information          ❏ Complaint

❏ Probation Violation Petition          ❏ Supervised Release Violation Petition          ❏ Violation Notice          ☑ Order of the Court

This offense is briefly described as follows:

Failure to appear.

Date:        03/19/2026                                                                    , Deputy Clerk
                                                                    *Issuing officer's signature*

City and state:        Denver, Colorado                                        Jeffrey P. Colwell, Clerk of Court
                                                                    *Printed name and title*

| **Return** |
|---|

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

                                                                    *Arresting officer's signature*

                                                                    *Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Date:                March 19, 2026
Courtroom Deputy: Heidi L. Guerra
Court Reporter:     Kevin Carlin
Probation Officer:  Katrina Devine

---

Criminal Action No. **1:21-cr-00034-WJM-1**            Counsel:

UNITED STATES OF AMERICA,                    Bryan David Fields

      Plaintiff,

v.

MICHAEL SHAWN STEWART,                          *Pro Se*

      Defendant.

---

## COURTROOM MINUTES

---

**Sentencing Hearing**

**1:34 p.m.**     **Court in session.**

Court calls case. Appearances of counsel. Also seated at Plaintiff's table: FBI Special Agent Christine Norman.  Probation Officer present in courtroom. Defendant is not present.

1:37 p.m. Government's witness U.S. Probation Officer Katrina Devine is called and placed under oath by Courtroom Deputy.

Direct examination of Officer Devine by Mr. Fields.

Officer Devine excused.

**ORDERED:**  An arrest warrant for the defendant, Michael Shawn Stewart, be issued and for the United States Marshal Service to execute the arrest warrant forthwith.

**1:40 p.m.**     **Court is adjourned. Hearing concluded.**

Total time in court: 6 minutes